```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**ARNULFO ROSALES,**

               Plaintiff,         20 Civ. 8634 (JGK)

     - against -                <u>ORDER</u>

**NAHAL REALTY CORP., ET AL.,**

               Defendants.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties should submit a Rule 26(f) report by March 3, 2021.

**SO ORDERED.**
**Dated:**    New York, New York
           February 16, 2021

                                    /s/ John G. Koeltl
                                        John G. Koeltl
                          United States District Judge