UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――

ARNULFO ROSALES,

                Plaintiff,

    - against -

NAHAL REALTY CORP., ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――――

20-cv-8634 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Because the matter has been referred to mediation, the telephone conference scheduled for March 8, 2021 at 2:30 p.m. is canceled.

**SO ORDERED.**

Dated:    New York, New York
            March 8, 2021

                                   /s/ John G. Koeltl
                                     John G. Koeltl
                          United States District Judge