UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARNULFO ROSALES,

            Plaintiff,

- against -

NAHAL REALTY CORP., ET AL.,

            Defendants.

20-cv-8634 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should submit a proposed settlement and any request for attorney's fees, along with supporting documents, for court approval by May 24, 2021.

SO ORDERED.

Dated:    New York, New York
            May 11, 2021

                                        John G. Koeltl
                                 United States District Judge