UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ARNULFO ROSALES, *individually and on behalf of others similarly situated,*

                Plaintiffs,

-against-

NAHAL REALTY CORP., HABIB FARZAMIFAR, and BAKHTIAR BAKHTIARI,

                Defendants.
-------------------------------------------------------X

1:20-cv-08634-JGK

**(PROPOSED) JUDGMENT**

    WHEREAS on or about DATE, Defendants NAHAL REALTY CORP., HABIB FARZAMIFAR, and BAKHTIAR BAKHTIARI extended to Plaintiff ARNULFO ROSALES an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00)</u>, and whereas said Plaintiff accepted said offer on or about DATE,

    JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00)</u>.

    Dated: New York, New York

            _____ , 2021

                                                            _____
                                                             JUDGE JOHN G. KOELTL, U.S.D.J.