**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ARNULFO ROSALES, individually and on behalf of others similarly situated,
                       Plaintiff,

      -against-

NAHAL REALTY CORP., HABIB FARZAMIFAR, and BAKHTIAR BAKHTIARI,
                       Defendants.
-----------------------------------------------------------X

20 **CIVIL** 8634 (JGK)

**RULE 68 JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Memo Endorsed Order dated May 25, 2021, judgment is entered in favor of plaintiff Arnulfo Rosales as against defendants Nahal Realty Corp., Habib Farzamifar and Bakhtiar Bakhtiari, in the total amount of ten thousand dollars $10,000.00. This judgment will act to release and discharge defendants from any and all claims that were or could have been alleged by plaintiff in this action.

**Dated:** New York, New York
         May 25, 2021

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
              **BY:**      *K. Mango*
                                          **Deputy Clerk**